AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

DIX CORPORATION,

JUDGMENT IN A CIVIL CASE

v.

LIBERTY SURPLUS INSURANCE CORPORATION

CASE NUMBER: CV-11-087-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Amended Complaint and the claims therein, is dismissed with prejudice and without award of costs or attorney fees to either party.

September 2, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer